UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELINDA BARBIERI.

                Plaintiff,

          - against -

LEGG MASON, INC.; LEGG MASON & CO., LLC; and FRANKLIN RESOURCES, INC., *doing business as* Franklin Templeton, its successor in interest,

                Defendants.

**ORDER**

21 Civ. 5231 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **October 14, 2021**;

2. Plaintiff's opposition is due on **November 4, 2021**; and

3. Defendants' reply, if any, is due on **November 11, 2021**.

The conference currently scheduled for October 7, 2021 is adjourned sine die.

Dated: New York, New York
       September 23, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge