StaggWabnik LAW GROUP

David R. Ehrlich
*Partner*

Direct 516.812.4518
Fax: 516.812.4604

dehrlich@staggwabnik.com

staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

October 7, 2026

MEMO ENDORSED: The conference currently scheduled for October 22, 2026 is adjourned to **November 3, 2026, at 11:00 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge
Date: October 8, 2026

**VIA ECF**
Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Barbieri v. Legg Mason, Inc., et al.,*
Case No.: 21-CV-05231

Dear Honorable Paul G. Gardephe:

We represent Plaintiff Barbieri in the above-referenced matter and write with consent of Defendant's counsel to respectfully request an adjournment of the scheduling/status conference currently scheduled before Your Honor on October 22, 2026 at 11:00 a.m due to a prior scheduled hearing.

Based on the development above, the parties respectfully request that the October 22, 2026 conference be adjourned. We contacted the lead attorney for Defendant, and the following are three dates on which the attorneys are available to appear: November 2, November 3, or November 5.

Thank you for your consideration of this request.

Respectfully submitted,

David R. Ehrlich

DRE\sh
cc: Counsel of Record via ECF