UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELINDA BARBIERI,

Plaintiff,

- against -

LEGG MASON, INC., LEGG MASON & CO., LLC, FRANKLIN RESOURCES, INC., *d/b/a/* FRANKLIN TEMPLETON, its successor in interest,

Defendants.

**ORDER**

21 Civ. 5231 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for November 3, 2026, at 10:00 a.m., is adjourned to **November 6, 2026, at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 26, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge