UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELINDA BARBIERI,

Plaintiff,

- against -

LEGG MASON, INC., LEGG MASON & CO., LLC, FRANKLIN RESOURCES, INC., *d/b/a* FRANKLIN TEMPLETON, its successor in interest,

Defendants.

**ORDER**

21 Civ. 5231 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, it is hereby ORDERED that all proceedings in this case be stayed for 30 days from the date of this order to allow the parties to explore settlement. The Plaintiff's deadline to file a motion for leave to amend the complaint is extended to **December 14, 2026**. The parties shall file a joint letter by **November 13, 2026** stating whether they believe that a settlement conference might be productive.

Dated: New York, New York
November 6, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge